1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2  THOMAS MOORE (ASBN 4305-078T)
   Chief, Tax Division
3  CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7000
6      FAX: (415) 436-7009

7  Attorneys for the United States

8                               UNITED STATES DISTRICT COURT
9                              NORTHERN DISTRICT OF CALIFORNIA
10                                   SAN FRANCISCO DIVISION
11
   JAMES SELVITELLA,                              Case No. CV-15-4096-MMC
12
           Plaintiff,                             SECOND STIPULATION TO EXTEND
13                                                TIME TO FILE ANSWER OR OTHERWISE
       v.                                         RESPOND TO COMPLAINT AND TO
14                                                CONTINUE CASE MANAGEMENT
                                                  CONFERENCE AND [PROPOSED] ORDER
15 UNITED STATES OF AMERICA,
16         Defendant.
17

18         Plaintiff, James Selvitella, and Defendant, United States of America, through their respective
19 counsel, hereby agree and stipulate as follows:
20         1.      An answer to the complaint is due to be filed on January 15, 2015, and a case
21 management conference is scheduled for February 5, 2016, at 10:30.  The parties request additional time
22 for the United States to file its Answer and to conduct the case management conference.
23         2.      The parties have been negotiating a possible resolution of this action which requires
24 additional time.  In the event that the parties resolve the case as anticipated, the United States would not
25 file an Answer.
26         3.      Accordingly, the parties request that the Court grant the United States to February 16,
27 2016, to file an Answer or otherwise respond to the Complaint and reschedule the case management
28 conference to February 19, 2016, at 10:30 a.m.

Second Stip To Extend Time To File Answer
C-15-4096-MMC                                     1

SO STIPULATED:

_____/s/_____
JON D. FELDHAMMER
Attorney for the Plaintiff


BRIAN J. STRETCH
Acting United States Attorney

_____/S/_____
CYNTHIA STIER
Assistant U.S. Attorney
Tax Division

## ORDER

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Defendant United States of America, defendant herein, answer or respond to the Complaint by February 16, 2016.  IT IS FURTHER ORDERED that the case management conference ~~January 15, 2016.~~ is continued from February 5, 2016, to February 19, 2016, at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than February 12, 2016.

Dated: January 11, 2015

_____
MAXINE M. CHESNEY
United States District Judge