BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney
THOMAS MOORE (ASBN 4305-078T)
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7000
    FAX: (415) 436-7009

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES SELVITELLA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. CV-15-4096-MMC<br><br>STIPULATED REQUEST FOR DISMISSAL AND [~~PROPOSED~~] ORDER |

    It is hereby Stipulated and Agreed by the parties herein as follows:

    1.    The parties hereto, through their respective counsel, are advising this Court that they are in the process of negotiating a resolution of this action.

    2.    The terms of the contemplated resolution will involve consideration that can take up to 120 days to complete.

    3.    Accordingly, the parties request that this action be dismissed with prejudice and that all dates be vacated provided, however, that if either party certifies to this Court, with a proof of service of a copy on opposing counsel, within 120 days from the date of the Order of Dismissal, that the contemplated resolution has not been reached or that the agreed consideration has not been delivered

over, that the Order of Dismissal shall stand vacated, and the action be restored to the calendar to be set for a case management conference.

SO STIPULATED

BRIAN J. STRETCH
Acting United States Attorney


/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney

`

_____/s/_____
JON D. FELDHAMMER
Attorney for Plaintiff


SO ORDERED this <u>12th</u> day of <u> Feb. </u>, 2016.

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE